# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 14, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149217 & (20)(21)

CHARTER TOWNSHIP OF CLINTON,
   Plaintiff-Appellee,

v

             SC: 149217
             COA: 321296
UNI-DIG, INC. and 4RD, LLC,     Macomb CC: 2012-002987-CZ
   Defendants-Appellants.

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 29, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 14, 2014



d0513

              Clerk